UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| TERRY CANALES and ERICA CANALES,, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 7:25-cv-383 |
| ELISA BERISTAIN, MAYA MAGAZINES, INC., and MAYA PUBLISHING GROUP, LLC, | § § § § § | |
| Defendants. | § § | |

**DEFENDANT ELISA BERISTAIN'S NOTICE OF REMOVAL**

COMES NOW, Defendant Elisa Beristain files this Notice of Removal under 28 U.S.C. § 1446(a) and respectfully shows:

### INTRODUCTION

1. On April 14, 2025, Plaintiffs initiated the State Court Action in the 332nd Judicial District Court of Hidalgo County, Texas, Cause No. C-1692-25-F, asserting multiple tort claims against Defendants, including defamation (libel and slander), defamation per se, defamation per quod, intentional infliction of emotional distress, and strict liability defamation. Plaintiffs allege that certain online publications and social media posts—specifically an article published on or about March 8, 2025, and a video posted on or about March 12, 2025—contained false and defamatory statements about them, and seek monetary relief of not less than $10,000,000.

2. Plaintiffs Terry Canales and Erica Canales are individuals residing in Hidalgo County, Texas. Defendant Elisa Beristain is an individual residing in California.

3. Defendant Beristain was served by substitute service on July 5, 2025, pursuant to an order granting Plaintiffs' motion for substitute service on July 2, 2025. This Notice of Removal is filed within 30 days of service, as required by 28 U.S.C. § 1446(b)(1).

### BASIS FOR REMOVAL

4. Federal district courts have original jurisdiction over civil actions where (1) the matter in controversy exceeds $75,000, exclusive of interest and costs, and (2) the action is between citizens of different States. 28 U.S.C. § 1332(a). Complete diversity requires that no plaintiff be a citizen of the same State as any defendant.

5. This case satisfies the requirements of 28 U.S.C. § 1332(a):

   a. Plaintiffs are citizens of Texas, residing in Hidalgo County.

   b. Defendant Elisa Beristain is a citizen of California.

   c. Defendant Maya Magazines, Inc. is alleged to be a foreign (Florida-based) entity.

   d. Defendant Maya Publishing Group, LLC is alleged to be a foreign (Florida-based) entity.

   e. Plaintiffs' First Amended Petition seeks damages of not less than $10,000,000, which exceeds the jurisdictional threshold of $75,000, exclusive of interest and costs.

6. On information and belief, Defendants Maya Magazines, Inc. and Defendant Maya Publishing Group, LLC have not been properly served as of the date of this filing. Their consent to removal is not required under 28 U.S.C. § 1446(b)(2)(A).

7. Copies of all process, pleadings, and orders served upon Defendant in the State Court Action are attached as **Exhibit A** in accordance with 28 U.S.C. § 1446(a).

8. For purposes of removal only, and without waiving any right to contest personal jurisdiction, proper venue, or to seek transfer of venue, Defendant states that this Court is the federal district and division embracing the place where the state-court action is pending, as provided in 28 U.S.C. § 1441(a).

9. Defendant Beristain will promptly file a copy of this Notice of Removal with the Clerk of the 332nd Judicial District Court, Hidalgo County, Texas, and will serve written notice to all adverse parties as required by 28 U.S.C. § 1446(d).

## CONCLUSION

10. Because this Court has subject matter jurisdiction under 28 U.S.C. § 1332(a) and all procedural requirements for removal have been satisfied, Defendant Beristain respectfully removes this action to the United States District Court for the Southern District of Texas, McAllen Division.

Dated: August 3, 2025

Respectfully submitted,

By: /s/ Justen S. Barks
Justen S. Barks
Texas Bar No. 24087142
SDTX No. 2295553
Daria Adler
Texas Bar No. 24137921
SDTX No. 3865566
**BARKS PLLC**
P.O. Box 22171
Houston, Texas 77227
(832) 416-1642 (Tel.)
edocs@barks.law

**ATTORNEYS FOR DEFENDANT,
ELISA BERISTAIN**

## CERTIFICATE OF SERVICE

    I certify that on August 3, 2025, a true and correct copy of this Notice of Removal was served on all counsel of record in accordance with the Federal Rules of Civil Procedure.

                                                            /s/  Justen S. Barks
                                                             Justen S. Barks