# EXHIBIT B
# COUNSEL OF RECORD LIST

Pursuant to SDTX Local Rule 81, the following is a list of all counsel of record, including addresses, telephone numbers, and parties represented.

**Plaintiffs**
**Billy J. Chapa**
State Bar No. 24116187
**TERRY CANALES, ATTORNEY AT LAW, P.L.L.C.**
310 S. Closner Blvd.
Edinburg, Texas 78539
Phone: (956) 316-2223
Facsimile: (956) 316-2229
Email: bjchapa@rgvattorney.com
Attorney for Plaintiffs, **Terry Canales** and **Erica Canales**


**Defendant Elisa Beristain**
**Justen S. Barks,** *Lead*
Texas Bar No. 24087142 | SDTX No. 2295553
**Daria Adler**
Texas Bar No. 24137921 | SDTX No. 3865566
**BARKS PLLC**
P.O. Box 22171
Houston, Texas 77227
Phone: (832) 416-1642
Email: edocs@barks.law
Attorneys for Defendant, **Elisa Beristain**


**Defendants Maya Magazines, Inc. and Maya Publishing Group, LLC**

As of the date of removal, **Maya Magazines, Inc.** and **Maya Publishing Group, LLC** have not appeared and have not been properly served in the state court action. No counsel of record has been identified for these defendants.